# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROGER THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-1177-SEB-TAB |
| | ) | |
| DR. CONANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## E N T R Y

"A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ." *Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006). The plaintiff's motion to reconsider the recent denial of his motion for appointment of counsel meets none of these standards.

Additionally, although the plaintiff has now demonstrated that he has made a reasonable effort to secure representation on his own, his filings thus far show that, given the difficulty of the case, he is competent to litigate it himself. *See Pruitt v. Mote,* 503 F.3d 647, 653, 655 (7th Cir. 2007)(the question is not whether an attorney would help the plaintiff's case, but whether, given the difficulty of the case, the plaintiff seems competent to litigate it themselves)(en banc).

Based on the foregoing, therefore, the motion to reconsider [13] is denied.

**IT IS SO ORDERED.**


Date: 10/04/2012

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Roger Thompson
DOC #926378
Plainfield Correctional Facility
Inmate Mail/Parcels
727 Moon Road
Plainfield, IN   46168